Reversed and Remanded and Memorandum Opinion filed January 11, 2006








Reversed
and Remanded and Memorandum Opinion filed January 11, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-01152-CR

____________

 

FRANCISCO RANGEL HERNANDEZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal
Court at Law No. 9

Harris County, Texas

Trial Court Cause No.
1286506

 



 

M E M O R A N D U M   O P I N I O N

On
September 28, 2006, we abated this case to the trial court for the court to
determine whether appellant is entitled to a new trial based upon a lost or
destroyed reporter's record. See Tex.
R. App. P. 34.6(f).   The trial court conducted a hearing pursuant to
our order and found the record of the trial has been lost by the court reporter
without fault to appellant, the missing record is necessary for the appeal=s resolution, and the missing record
cannot be replaced by agreement of the parties.  Based on the trial court's
findings, we hold that appellant has met the requirements of Rule 34.6(f).  See
Tex. R. App. P. 34.6(f).  Accordingly,
appellant is entitled to a new trial.








            The judgment
of the trial court is reversed and the cause remanded for a new trial.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed January
11, 2006.

Panel consists of Justices Frost, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P.
47.2(b).